IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYLER REDICK,

    Petitioner,

v.

MARTIN BITER, Warden,

    Respondent.

No. C 12-0337 WHA (PR)

**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF STAY**

Petitioner, a prisoner of the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. 2254. Good cause appearing, his motion to extend the stay to allow him to completely exhaust his claims in the state courts is **GRANTED**. Petitioner must institute state court habeas proceedings within thirty days of this order. Petitioner must notify this court within thirty days after the state courts have completed their review of his claims or after they have refused review of his claims. Such notice must identify the claims that have been exhausted and the claims that he wishes to pursue. The case will be reopened and the stay vacated upon notification by petitioner of the completion of the state courts' review of his claims.

**IT IS SO ORDERED.**

Dated: June  28 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.12\REDICK0337.STYEXT.wpd