Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Petitioner
TYLER REDICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER REDICK, <br><br>           Petitioner, <br><br>      v. <br><br> MARTIN BITER, Warden, <br><br>           Respondent. | 12-cv-00337 WHO <br><br> **STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE TRAVERSE** |

   Petitioner Tyler Redick's traverse currently is due by September 17, 2013.  *See* Doc. 20. Counsel for Petitioner has continued to review the file and the case and to prepare the traverse, but he needs additional time to do so.  This is brought about, in part, by counsel's work in connection with the state prisoners's hunger strike at San Quentin State Prison and California State Prison – Corcoran, and by other matters.

   Counsel for Respondent has graciously agreed to an additional extension of sixty (60) days – subject to the Court's approval – to allow counsel for Petitioner time to undertake the necessary work. In light of this, the parties submit the following stipulation and proposed order.

/ / /

/ / /

/ / /

-1-

THE PARTIES STIPULATE AND REQUEST that the deadline for filing the traverse be extended by sixty-two (62) days, so that the traverse will be due November 18, 2013 (which is a Monday, as the 60th day would otherwise be a Saturday).

**IT IS SO STIPULATED.**

Dated:  September 5, 2013                               Kamala D. Harris
                                                        Attorney General of California


                                                        /S/
                                                        Bruce Ortega
                                                        Deputy Attorney General
                                                        Attorneys for Respondent


Dated:  September 5, 2013                               /S/
                                                        Mark R. Vermeulen
                                                        Attorney for Petitioner
                                                        TYLER REDICK


### ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for filing the traverse shall be extended by sixty-two (62) days, so that the traverse shall be due November 18, 2013.

**IT IS SO ORDERED.**

Dated:  September 5, 2013                               _____
                                                        WILLIAM H. ORRICK
                                                        United States District Judge