Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Petitioner
TYLER REDICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER REDICK, <br><br>          Petitioner, <br><br>     v. <br><br> MARTIN BITER, Warden, <br><br>          Respondent. | 12-cv-00337 WHO <br><br> **STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE TRAVERSE** |

Petitioner Tyler Redick's traverse currently is due by November 18, 2013.  Counsel for Petitioner has continued his work regarding the file and preparing the traverse.  He needs additional time, however, to prepare the traverse, including communicating with his client (who is housed at Kern Valley State Prison in Delano, California) and addressing and researching potentially new facts and new issues that have been brought to counsel's attention by the client.

Counsel for Respondent has graciously agreed to an additional extension of sixty (60) days – subject to the Court's approval – to allow counsel for Petitioner time to undertake the necessary work.  In light of this, the parties submit the following stipulation and proposed order.

/ / /

/ / /

/ / /

-1-

THE PARTIES STIPULATE AND REQUEST that the deadline for filing the traverse be extended by sixty (60) days, so that the traverse will be due January 17, 2014.

**IT IS SO STIPULATED.**

Dated:  November 7, 2013                    Kamala D. Harris
                                             Attorney General of California


                                             /S/
                                             Bruce Ortega
                                             Deputy Attorney General
                                             Attorneys for Respondent


Dated:  November 7, 2013                    /S/
                                             Mark R. Vermeulen
                                             Attorney for Petitioner
                                             TYLER REDICK


### ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for filing the traverse shall be extended by sixty (60) days, so that the traverse shall be due January 17, 2014.

**IT IS SO ORDERED.**

Dated:  November 11, 2013
                                             WILLIAM H. ORRICK
                                             United States District Judge