Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Petitioner
TYLER REDICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER REDICK,<br><br>          Petitioner,<br><br>     v.<br><br>MARTIN BITER, Warden,<br><br>          Respondent. | 12-cv-00337 WHO<br><br>**STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE TRAVERSE** |

   Petitioner Tyler Redick's traverse currently is due by February 17, 2014.  Petitioner has raised an additional issue with his counsel, and counsel needs additional time to investigate, research and review the issue.  As such, counsel will not be able to file the traverse by February 17.

   Counsel for Respondent has graciously agreed to an additional extension of thirty (30) days, subject to the Court's approval.  In light of this, the parties submit the following stipulation and proposed order.

/ / /

/ / /

/ / /

-1-

THE PARTIES STIPULATE AND REQUEST that the deadline for filing the traverse be extended by thirty (30) days, so that the traverse will be due March 19, 2014.

**IT IS SO STIPULATED.**

Dated:  February 10, 2014               Kamala D. Harris
                                        Attorney General of California


                                        /S/
                                        Bruce Ortega
                                        Deputy Attorney General
                                        Attorneys for Respondent


Dated:  February 10, 2014               /S/
                                        Mark R. Vermeulen
                                        Attorney for Petitioner
                                        TYLER REDICK


### ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for filing the traverse shall be extended by thirty (30) days, so that the traverse shall be due March 19, 2014.

**IT IS SO ORDERED.**

Dated:  February 10, 2014               _____
                                        WILLIAM H. ORRICK
                                        United States District Judge