Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Petitioner
TYLER REDICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER REDICK, | )  12-cv-00337 WHO |
| Petitioner, | ) |
| v. | )  **STIPULATION AND ORDER EXTENDING** |
| | )  **TIME WITHIN WHICH TO FILE** |
| | )  **TRAVERSE** |
| MARTIN BITER, Warden, | ) |
| Respondent. | ) |

Petitioner Tyler Redick's traverse currently is due by March 19, 2014.  Counsel anticipated that he would be able to complete his investigation, research and review of an additional issue raised by his client, but counsel will not be able to do so and file the traverse by the current due date.

Counsel for Respondent has graciously agreed to an additional extension of thirty (30) days, subject to the Court's approval.  In light of this, the parties submit the following stipulation and proposed order.

/ / /

/ / /

/ / /

-1-

THE PARTIES STIPULATE AND REQUEST that the deadline for filing the traverse be extended by thirty (30) days, so that the traverse will be due April 18, 2014.

**IT IS SO STIPULATED.**

Dated:  March 12, 2014

Kamala D. Harris
Attorney General of California


/S/_____
Bruce Ortega
Deputy Attorney General
Attorneys for Respondent


Dated:  March 12, 2014

/S/_____
Mark R. Vermeulen
Attorney for Petitioner
TYLER REDICK


## ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for filing the traverse shall be extended by thirty (30) days, so that the traverse shall be due April 18, 2014.

**IT IS SO ORDERED.**

Dated:  March 18, 2014

_____
WILLIAM H. ORRICK
United States District Judge