Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Petitioner
TYLER REDICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER REDICK,<br><br>        Petitioner,<br><br>v.<br><br>MARTIN BITER, Warden,<br><br>        Respondent. | 12-cv-00337 WHO<br><br>**STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE TRAVERSE** |

    Petitioner Tyler Redick's traverse currently is due April 18, 2014.  Counsel has completed his investigation and he is preparing the traverse for filing.  However, he will not be able to finalize the traverse by the current due date due, in part, to other time-sensitive matters.  With the anticipated work remaining, and in light of the other time-sensitive matters, counsel expects to be able the traverse with a further extension of forty-five (45 days), and he requests this, rather than another extension of thirty (30) days.

    Counsel for Respondent again has graciously agreed to an additional extension, of forty-five (45) days, subject to the Court's approval.  In light of this, the parties submit the following stipulation and proposed order.

/ / /

/ / /

/ / /

THE PARTIES STIPULATE AND REQUEST that the deadline for filing the traverse be extended by forty-five (45) days, so that the traverse will be due June 2, 2014.

**IT IS SO STIPULATED.**

Dated:  April 14, 2014

Kamala D. Harris
Attorney General of California

/S/
Bruce Ortega
Deputy Attorney General
Attorneys for Respondent

Dated:  April 14, 2014

/S/
Mark R. Vermeulen
Attorney for Petitioner
TYLER REDICK

### ORDER

On May 20, 2013, attorney for petitioner sought the first of **eight** extensions to file a traverse on behalf of Tyler Redick.  The Court's patience is at an end.  I will grant this final request for a continuance, but no more.

IT IS HEREBY ORDERED that the deadline for filing the traverse shall be extended by forty-five (45) days, so that the traverse shall be due June 2, 2014.  If the traverse is not filed by that date, this matter will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  April 16, 2014

WILLIAM H. ORRICK
United States District Judge

STIPULATION AND ORDER
EXTENDING TIME WITHIN WHICH TO FILE TRAVERSE